**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00023-CV**

_____

**ROBIN ROUSE AND SABRINA ROUSE, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF TERRILL SCATENA, Appellants/Cross-Appellees**

**V.**

**THOMAS CAMPBELL, CHRISTY W. KOLVA, ISABELLE CAMPBELL, AND ASHLEY GATES, FOSTER MANAGEMENT, LLC, AND FOSTER TIMBER, LTD, Appellees/Cross-Appellants; J.P. MORGAN CHASE, N.A., AND NEIL CAMPBELL, Appellees/Cross-Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-12-15871-CV**

**ORDER**

Robin Rouse and Sabrina Rouse, appellants, filed a motion for review of the trial court's September 20, 2021, supersedeas order, which set the amount of security required to stay execution on the judgment at $3,186,522.53 and limited the duration of a supersedeas bond to thirty days or less. *See* Tex. R. App. P. 24.4(a). Appellants

1

request a temporary stay freezing any sales of the property at issue in this litigation, or any enforcement of the final judgment until further order of this Court. *See* Tex. R. App. P. 24.4(c).

The Court finds that temporary relief is necessary to preserve the parties' rights. This Court temporarily stays the sale of the property at issue and any further enforcement of the final judgment, until this Court rules on the motion for review of the trial court's supersedeas order. *See* Tex. R. App. P. 24.4(c).

Appellants' motion for review remains pending before the Court. Appellees' response to the motion for review is due October 8, 2021.

ORDER ENTERED September 28, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.